**FILED**
JUL - 1 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# AFFIDAVIT

The State of Indiana  Grovano Inc MS  )  Civil Action No.
                          v.              ) S.S.  5:24-CV-631-JKP  MS
County of IN    Rocket Enterprises, LLC  )

I, Rocket Enterprises LLC, of Indianapolis, in IN County, Indiana, MAKE OATH AND SAY THAT:

1. We, Rocket Enterprises LLC uses SimpleTexting.com software to engage customers or potential bidders who have signed up to receive communications through the HiBid online auction platform. The contact information is vetted through the SimpleTexting service and all communications come with an opt out from further communications.

2. April 19, 2023 - The Defendant's first communication to the Plaintiff Grovano Inc. included an opt out to receiving further communications. The Plaintiff did not opt out at that time.

3. April 29, 2023 - The Defendant's second communication to the Plaintiff Grovano Inc. included an opt out to receiving further communications. The Plaintiff again did not opt out at that time.

4. May 14, 2023 - The Defendant's third communication to the Plaintiff Grovano Inc. included an opt out to receiving further communications. The Plaintiff again did not opt out.

STATE OF INDIANA

COUNTY OF IN  Merion

SUBSCRIBED AND SWORN TO BEFORE ME, on the __25__ day of ___June___, _2024_

Signature _____ (Seal)
NOTARY PUBLIC

My Commission expires:
__Aug 24 2031__

_____
(Signature)

Rocket Enterprises LLC

```
JONATHAN CHAPMAN
NOTARY PUBLIC - SEAL
STATE OF INDIANA
COMMISSION NUMBER NP0751123
MY COMMISSION EXPIRES AUG. 24, 2031
```

©2002-2024 LawDepot.com®

Rocket Enterprises, LLC
2457 E. Washington St. Suite D
Indianapolis, IN 46201

US District Court
262 W. Nueva St.
Clerks Office 1-400
San Antonio, TX 78207



CERTIFIED MAIL

9589 0710 5270 1744 4776 98

RDC 99

Retail

78207

U.S
FCM
IND
JUN
$5
S232



U.S. MARSHALS
RECEIVED
JUN 01 2024
SAN ANTONIO, TX
ENFORCEMENT SECTION


RECEIVED
JUL -1 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK