UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GROVANO INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKET ENTERPRISES, LLC,<br><br>Defendant. | § § § § § § § § § § § | SA-24-CV-631-JKP (HJB) |

## CONSENT ADVISORY TO THE CLERK OF COURT

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☑ **I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636.** The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ **I Do Not Consent to Proceed Before A United States Magistrate Judge.** The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge, and prefers that this case proceed before the District Judge.

_Jeff Kaplan_
Party Name (Printed)

By: _____
Signature of Attorney or *Pro Se* Party

Dated: _08/23_, 2024.