**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ A
Posta

Postmark
Here

Total
$
Sent
$
Stre

9589 0710 5270 1234 2057 56

Rocket Enterprises, LLC
2457 E. Washington Street, Suite D
Indianapolis, IN 46201

City, State, ZIP+4

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signa

Postmark
Here

Postage
$
Total Postag
$
Sent To
Street and A
City, State, ZIP+4®

9589 0710 5270 1234 2057 63

Grovano Inc.
c/o Mark Anthony Ortega
15450 Capital Prt Dr.
San Antonio, Texas 78249

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signa
Postage

Postmark
Here

$
Total Postag
$
Sent To
Street and A
City, State, ZIP+4®

9589 0710 5270 1234 2057 49

Rocket Enterprises, LLC
7803 N Audubon Rd,
Indianapolis, IN 46250

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions