UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GROVANO INC., Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | SA-24-CV-631-JKP (HJB) |
| ROCKET ENTERPRISES, LLC, | | |
| Defendant. | | |

**ORDER**

Before the Court are Movant's Motion for Leave to Withdraw as Counsel filed by Attorney Paulina Almanza and Almanza Terrazas PLLC (Docket Entry 16) and Plaintiff's Motion to File Under Seal Exhibits (Docket Entry 18). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

Having reviewed Movant's motion, Plaintiff's response, and the additional *ex parte* documents filed by Movant, the Court finds that Movant's motion to withdraw (Docket Entry 16) is **GRANTED** and Paulina Almanza and Almanza Terrazas PLLC are withdrawn as counsel of record for Plaintiff. It is **FURTHER ORDERED** that Plaintiff's Motion to Seal (Docket Entry 18) is **GRANTED**.

It is **FURTHER ORDERED** that both Plaintiff and Defendants must secure counsel in this case and the deadline for the parties to secure counsel is extended to on or before **December 12, 2024.**[1]

---

[1] The Court notes that this deadline is the same date as the Video Initial Pretrial Conference is set. (*See* Docket Entry 19.)

**SIGNED** on November 12, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge

2