UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GROVANO INC., Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-24-CV-631-JKP (HJB) |
| ROCKET ENTERPRISES, LLC, | § § | |
| Defendant. | § § | |

**SHOW CAUSE ORDER
AND ORDER STAYING CASE**

Before the Court is the status of this case, in which pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

Both parties are corporate entities in this case; yet neither party has retained counsel.[1] *See United States v. Est. of Goehring*, No. SA-17-CV-1092-XR, 2018 WL 1530995, at *1 (W.D. Tex. Feb. 13, 2018) ("[I]t is well established that corporations and LLCs are fictional legal persons who can only be represented by licensed counsel.") The Court previously rescheduled the initial pretrial conference in this case for December 12, 2024, and ordered both parties to retain counsel by that date. (*See* Docket Entries 19, 25.) At the December 12 conference, representatives of Defendant appeared without counsel; Plaintiff did not appear at all.

Given these circumstances, it is hereby **ORDERED** that, **on or before January 10, 2025**, Plaintiff must **SHOW CAUSE** why it should not be sanctioned for its failure to appear at the hearing on December 12, 2024. *See* FED. R. CIV. P. 16(f)(1). As Plaintiff is a corporation, the

---

[1] Plaintiff had previously retained counsel, but she was subsequently granted leave to withdraw. (Docket Entry 25.)

response to this Order **must be filed by counsel who has entered an appearance on Plaintiff's behalf**. *See Est. of Goehring*, 2018 WL 1530995, at *1 . If Plaintiff fails to respond to this Order, Plaintiff's case may be dismissed for failure to prosecute and comply with Court orders. *See* FED. R. CIV. P. 41(b).

It is **FURTHER ORDERED** that proceedings in this case are **STAYED** pending the Court's consideration of Plaintiff's showing of cause for his failure to appear.

The Clerk of the Court is directed to send a copy of this Order by U.S. Certified Mail, return receipt requested, to the parties at the following addresses:

Grovano Inc.
c/o Mark Anthony Ortega
15450 Capital Port Dr.
San Antonio, Texas 78249

Rocket Enterprises, LLC
7803 N. Audubon Road
Indianapolis, IN 46250

Rocket Enterprises, LLC
2457 E. Washington Street, Suite D
Indianapolis, IN 46201

**SIGNED** on December 12, 2024.

Henry J. Bemporad
United States Magistrate Judge