

USPS TRACKING #

9590 9402 8440 3156 3099 02

United States
Postal Service

**Sender: Please print your name, address, and ZIP+4® in this box•**

Clerk, U.S. District Court
262 W. Nueva St., Room 1-400
San Antonio, TX 78207

SA-24-CV-631-JKP, #30

RECEIVED
DEC 20 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FILED
DEC 3 0 2024
CLERK, U S, DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>Grovano Inc.<br>c/o Mark Anthony Ortega<br>15450 Capital Port Dr.<br>San Antonio, Texas 78249 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

9590 9402 8440 3156 3099 02

2. Article Number *(Transfer from service label)*

9589 0710 5270 1234 2098 53

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☒ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt