**USPS TRACKING #**

9590 9402 8440 3156 3098 72

INDIANAPOLIS IN 460
23 DEC 2024 PM 4 L

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Clerk, U.S. District Court
262 W. Nueva St., Room 1-400
San Antonio, TX 78207

SA-24-CV-631-JKP, #30

**FILED**
JAN 02 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

---

COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

Items 1, 2, and 3.
name and address on the reverse
can return the card to you.
card to the back of the mailpiece,
front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Enterprises, LLC
Washington Street, Suite D
olis, IN 46201

RECEIVED
JAN 02 2025
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

9402 8440 3156 3098 72

er (Transfer from service label)
0 5270 1234 2098 60

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

July 2020 PSN 7530-02-000-9053                Domestic Return Receipt