UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GROVANO INC., INDIVIDUALLY
AND ON BEHALF OF OTHER SIMI-
LARLY SITUATED;

   *Plaintiff*,                                                              Case No.  SA-24-CV-00631-JKP

v.

ROCKET ENTERPRISES, LLC.,

   *Defendant*.

**O R D E R**

Before the Court is the status of this matter.

Because both parties are corporate entities, yet neither party retained counsel, this Court rescheduled the initial pretrial conference and ordered both parties to retain counsel. *ECF Nos. 19, 25*. At the re-scheduled conference on December 12, 2025, representatives of Defendant appeared without counsel; Plaintiff did not appear.

Given these circumstances, the Court ordered Plaintiff to show cause on or before January 10, 2025, why it should not be sanctioned for its failure to appear at the hearing. *ECF No. 30*. The Court ordered that Plaintiff's response be filed by counsel who entered an appearance on Plaintiff's behalf and cautioned Plaintiff that failure to respond to the Show Cause Order could result in dismissal of the case for failure to prosecute and failure to comply with Court Orders. *Id*. The Court stayed proceedings pending consideration of Plaintiff's response. *Id*.

Plaintiff did not respond to the Court's Show Cause Order, nor has it retained counsel. For these reasons, this Court dismisses this action for failure to prosecute and failure to re-

spond to a Court Order.

The Clerk of Court is DIRECTED to close this case.

The Court's referral of all pretrial matters to Magistrate Judge Bemporad is withdrawn.

It is so ORDERED.
SIGNED this 14th day of January, 2025.

JASON  PULLIAM
UNITED STATES DISTRICT JUDGE